**EDELSBERG LAW, P.A.**
Scott Edelsberg (SBN 330990)
1925 Century Park East, Suite 1700
Los Angeles, California 90067
Telephone: (305) 975-3320
scott@edelsberglaw.com

*Attorney for Plaintiff and the Putative Class*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDER KONING, individually and on behalf of all others similarly situated, | Case No. 5:25-cv-07211-CRB |
| Plaintiff, | **NOTICE OF DISMISSAL WITHOUT PREJUDICE** |
| v. | |
| UNDERDOG SPORTS, LLC d/b/a UNDERDOG FANTASY, | |
| Defendant. | |

NOTICE OF DISMISSAL

Plaintiff, Sander Koning, pursuant to Federal Rule of Civil Procedure 41 (a)(1)(A)(i), hereby dismisses this action as follows:

1. All claims of the Plaintiff, Sander Koning, individually, are hereby dismissed without prejudice.

2. All claims of any unnamed member of the alleged class are hereby dismissed without prejudice.

Dated: October 10, 2025              Respectfully submitted,

By: */s/ Scott Edelsberg*

**EDELSBERG LAW, P.A.**
Scott Edelsberg, Esq. (CA Bar No. 330990)
1925 Century Park E #1700
Los Angeles, CA 90067
Telephone: 305-975-3320
scott@edelsberglaw.com

*Counsel for Plaintiff and the Proposed Class*

## CERTIFICATE OF SERVICE

I hereby certify that on October 10, 2025, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel identified below via transmission of Notices of Electronic generated by CM/ECF or in some other authorized manner.

By: */s/ Scott Edelsberg*

**EDELSBERG LAW, P.A.**
Scott Edelsberg, Esq. (CA Bar No. 330990)
1925 Century Park E #1700
Los Angeles, CA 90067
Telephone: 305-975-3320
scott@edelsberglaw.com